| | | | |
|---|---|---|---|
| Horn v. Jara | 63 N.E.3d 1 | 04/07/2017 | Transfer denied. All Justices concur. |
| McKeen v. Turner | 61 N.E.3d 1251 | 04/07/2017 | Transfer granted. |
| McCullagh v. State | 68 N.E.3d 1128 | 04/20/2017 | Transfer denied. All Justices concur. |
| McQueen v. State | 79 N.E.3d 1008 | 04/20/2017 | Transfer denied. All Justices concur. |
| Moore v. State | 79 N.E.3d 1009 | 04/20/2017 | Transfer denied. All Justices concur. |
| Walton v. State | 79 N.E.3d 1006 | 04/20/2017 | Transfer denied. All Justices concur. |
| Webb v. State | 79 N.E.3d 1009 | 04/20/2017 | Transfer denied. All Justices concur. |
| Hunter v. State Department of Transportation | 67 N.E.3d 1085 | 04/20/2017 | Transfer denied. All Justices concur. |
| Mastin v. State | 77 N.E.3d 268 | 04/20/2017 | Transfer denied. All Justices concur. |
| Brown v. State | 64 N.E.3d 1269 | 04/20/2017 | Transfer denied. All Justices concur. |
| Brown v. City of Valparaiso | 67 N.E.3d 652 | 04/20/2017 | Transfer denied. All Justices concur. |
| Baker v. State | 70 N.E.3d 388 | 04/20/2017 | Transfer denied. All Justices concur. |
| Hollis v. State | 77 N.E.3d 265 | 04/20/2017 | Transfer denied. All Justices concur. |
| King v. State | 76 N.E.3d 201 | 04/20/2017 | Transfer denied. All Justices concur. |
| Hunter v. State | 79 N.E.3d 1011 | 04/20/2017 | Transfer denied. All Justices concur. |
| Bryant v. State | 79 N.E.3d 1007 | 04/20/2017 | Transfer denied. All Justices concur. |
| Brodley v. State | 79 N.E.3d 1009 | 04/20/2017 | Transfer denied. All Justices concur. |
| CHINS: T.B. v. Indiana Department of Child Services | 76 N.E.3d 202 | 04/20/2017 | Transfer denied. All Justices concur. |
| Martin v. State | 65 N.E.3d 645 | 04/20/2017 | Transfer denied. All Justices concur. |
| Price v. State | 77 N.E.3d 267 | 04/20/2017 | Transfer denied. All Justices concur. |
| Middleton v. State | 64 N.E.3d 895 | 04/21/2017 | Transfer granted. |
| Pfafman, Estate of v. Lancaster | 67 N.E.3d 1150 | 04/27/2017 | Transfer denied. All Justices concur, except Rush, C.J., and David J., who vote to grant the petition to transfer. |
| Spicer v. State | 77 N.E.3d 267 | 04/27/2017 | Transfer denied. All Justices concur. |
| Speer v. State | 79 N.E.3d 1006 | 04/27/2017 | Transfer denied. All Justices concur. |
| Sells v. State | 81 N.E.3d 699 | 04/27/2017 | Transfer denied. All Justices concur. |
| Howard County Assessor v. Kohl's Indiana LP | 57 N.E.3d 913 | 04/27/2017 | Review denied. All Justices concur, except Rush, C.J., and David J., who vote to grant the petition to transfer, |
| Rajamony v. State | 81 N.E.3d 696 | 04/27/2017 | Transfer denied. All Justices concur. |
| Navalo v. State | 48A02–1606–CR–1410 | 04/27/2017 | Transfer denied. All Justices concur. |